Mike Arias, Esq. (CSB #115385)
Arnold C. Wang, Esq. (CSB #204431)
M. Anthony Jenkins (CSB #171958)
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile:  (310) 861-0168

Neville L. Johnson, Esq. (CSB #66329)
Daniel B. Lifschitz, Esq. (CSB #285068)
Douglas L. Johnson, Esq. (CSB #209216)
Adam Matthew Winokur, Esq. (CSB #308501)
**JOHNSON & JOHNSON LLP**
439 N Canon Dr, Ste 200
Beverly Hills, CA 90210-3908
Telephone:   (310) 975-1080
Facsimile:   (310) 975-1095

Attorneys for Plaintiff
THOMAS MOLINARI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS MOLINARI,<br><br>            Plaintiff,<br><br>       vs.<br><br>AUDIOPHILE MUSIC DIRECT, INC.;<br>MOBILE FIDELITY SOUND LAB,<br>INC.,<br><br>            Defendants. | Case No.: 3:22-cv-05444-CRB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND [~~PROPOSED~~] ORDER** |

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Thomas Molinari and Defendants Audiophile Music Direct Inc. and Mobile Fidelity Sound Lab, Inc., through their respective counsel, that the above-captioned action is hereby dismissed with prejudice pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees in this action.

Dated:   May 9, 2024         **ARIAS SANGUINETTI WANG & TEAM LLP**

By:   */s/ M. Anthony Jenkins*
    MIKE ARIAS
    ARNOLD C. WANG
    M. ANTHONY JENKINS

**JOHNSON & JOHNSON LLP**

NEVILLE L. JOHNSON
DANIEL B. LIFSCHITZ
DOUGLAS L. JOHNSON, ESQ
ADAM MATTHEW WINOKUR

Attorneys for Plaintiff
THOMAS MOLINARI

Dated:   May 9, 2024         **BARNES & THORNBURG LLP**

By:   */s/ Brian Nguyen*
    GARRETT S. LLEWELLYN
    BRIAN NGUYEN

Attorneys for Defendants
AUDIOPHILE MUSIC DIRECT, INC.
and MOBILE FIDELITY SOUND
LAB, INC.

[~~PROPOSED~~] ORDER ON DISMISSAL

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS ORDERED THAT** this action is dismissed with prejudice pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear their own costs and fees in this action.

Dated: May 13, 2024    By: _____
HON. CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE